

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Jesse J. Crum

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart

Lt Tucker

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

RECEIVED
AUG 03 2015
8-3-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 15 C 2522
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:   AMENDED COMPLAINT

__X__  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: Jesse J. Crum

   B. List all aliases: N/A

   C. Prisoner identification number: M52223

   D. Place of present confinement: Shawnee Correctional

   E. Address: 6665 State Route, 146 East Vienna, IL 62995

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Tom Dart

      Title: Sherriff

      Place of Employment: Cook County Jail

   B. Defendant: Lieutenant Tucker

      Title: Sherriff

      Place of Employment: Cook County

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _Jesse J. Crum -v- Tom Dart    15C2522_

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_
   _Jesse J. Crum_

D. List all defendants: _Tom Dart_
   _Lieutenant Tucker_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinois_

F. Name of judge to whom case was assigned: _Charles R. Norgle Sr._

G. Basic claim made: _Infectious Disease, Allergies - Breathing ect,_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending - Amended_

I. Approximate date of disposition: _3-31-15_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I came to Cook County Jail on 6/29/14. I were placed in Div 2 D-4 I had beginning the needs to treat my condition. I started to work in the central Kitchen. I had three type position to perform everyday. I needed activity movement at the time. I stay focus on to be able to treat my Disabability of the inconvenience destress troubles. I had started working morning through to evening 6:00am - 1:30pm. I had bad Health problem to solve them and correct them, this is why the reason am doing here. To strengthen my behavior. I made two dollars a day, it was'nt the moneys. My Continueing to preventing me from having another break down. I Continue to perform the competion to stay focus. There was two Dorms I Live in the back Dorm. Both Dorms included about seven hundred inmates. Do to the afternoon 2:00 pm I would take me a shower. It would be when S/O Changing there Shift. The Bath Room would be left in a mess doing the day. Because there are 280 men taking Showers. I would taking a shower when it would be unsanitaey.

Revised 9/2007

The crowdy inmate activity had cause a mess in the Bath Room. I had brought this to the attention of the Sherriff Officers. This was happen with the other inmate they also would complaint. Between 7/29/14 I had received Rashes on both of my legs after taking a shower. I was shock to see being surrounded by fungus. I had broke out with contusion causes all over my body. It continue to spread it bother me at night couldn't sleep from itching and scartching. At night I would notified the S/o that I wait all night until shift change to see the Doctor. The infection had been developed into more need medical examine at the time. Be that I had brought isuee with me without explaining. But wasn't plan being catching contuision to my body. It were mostly emotion destress upon me. The Doctor at Cook County medical Health Service. They do what seemed to be at times, not what should had been done. They should have Request to notified the enironment control to inspect test for disease. Are Request Respoisble attention to whom in charge beable answer to does Living Condition that is provide there. I would try everything to get to see the Doctor. After two week I meet Lieutenant Tucker I spoke about the unsanitary conditions. How I were being complaint Bath Room and the Contusion how I Received it.

Revised 9/2007

M52223
2-C-18

Regarding the Denfendant who was John Doe in my Complaint. He was the Lieutentant Tucker. He was The Sherriff that could get inmate attention and maintain Control over both entirety Connected Dorms I was going to the Dorms and there I was approach by the Lieutentant. I Requested from him some emergeny help. He answer me and said what the problem, I replyed back and said that Contusion is Causing me to scartch off my legs and want stop bleeding. He allow me to be taking over by a Sherriff officer to the medical Health Service. I got to see the a Doctor I said to him. I Really do need some antibiotic for this infection being bother me over two months. And the Hyrocortisone Anti itch Cream has not work. I were just trying to be Careless of asking the Doctor. I Question myself and answer I suggest that inter this place not notices any signs stated this is warning Dangerous and Hazardous. But the matters of Facts I continue taking showers after work. All the Complaint being by inmate they desided to move. They Relocated inmate over to Div-4 the Women. That Included Both Dorms of Div-2. There was Construction Repairs to be made. The Roofing, Ventilation, Duct System, plumbing System, Ceiling, Walls and floors painting provided through the building. The inmates of Seven hundred was divide in two to Cell. That Last about one month in August. Beginning to Return back I then was sent to the opposite side. I Continue getting medical from the medical Health Service.

ID M52223
2-C-18

I was still there on Div-2 until the night I took sick. I had ate a piece of Chicken and then inform the Sherriff officer. He pick up the phone and called for Sherriff officer assistance. The Sherriff walked me over to Cermak Hospital. Where they had examine me for Stomach symptoms. I then developed a Loose bowel movement diarrhea flood that Causes a mess with the nurses. After I being evaluate they put on a gureney and waited until the ambulane came to take me to Struger Hospital for medical Reason. During the stay I took sick on my stomach. I started to burning up inside my stomach and which I kept vomiteding. It was late in the evening about 5:30pm. The Doctor kept montitored me until I had stopped vomiteding. And I had ask the Doctor to take a look at my legs. He did look and ask me do I use Drugs. I said no sir. I Reply that I haven't smoke a cigarette over 35 years. I felt very unpleasant after that statement being maded. I had been treat and Recommended to take prescribed medications. I was Relief to leave go back to Cook County Jail. I was sent to the Receiving cells. I then was sent to a medical united. I been put on a Dorm without nery Receive my propertys was nery found there at the old Div 2 sent 11 months.

V.   Relief:

   State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Living Provided by Contusion that presented his Legs. Bruises due to unsanitary contitions cause him 6 months damages of neglect Reason. For uniclean enironment with carring and Living in Dangercus and Hazarous Lead to having developed Contusion Stress abuse.

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __27__ day of __July__, 20__15__

_____Jesse James Crum_____
(Signature of plaintiff or plaintiffs)

_____Jesse James Crum_____
(Print name)

_____M52223_____
(I.D. Number)

_____10046 South Wallace St._____

_____Chicago Illinois 60628_____
(Address)

6                                                                   Revised 9/2007