UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Jesse James Crum

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart in his
official capacity as
Cook County Sheriff
and
John Doe in his
official and indivual capacity

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**FILED**
8/1/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 15 CV 2522
(To be supplied by the Clerk of this Court)

J. Charles R. Norgle, Sr.
M.J. Young B. Kim

Fifth

**CHECK ONE ONLY:**              **AMENDED COMPLAINT**

✓        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
         U.S. Code (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Jesse James Crum

   B. List all aliases: _____

   C. Prisoner identification number: _____

   D. Place of present confinement: _____

   E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Tom Dart, official capacity
      Title: Sheriff of Cook County, Illinois
      Place of Employment: Cook County, Illinois

   B. Defendant: John Doe, individual capacity
      Title: Physician, Cermak Health Services
      Place of Employment: Cook County, Illinois

   C. Defendant: John Doe, official capacity
      Title: Physician, Cermak Health Services
      Place of Employment: Cook County, Illinois

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Crum v. Jaburkdk

B. Approximate date of filing lawsuit: 5/18/15

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: Donald Jaburkdk, Dennis Clark,

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NDIL

F. Name of judge to whom case was assigned: Hon. Andrea R. Wood

G. Basic claim made: Civil right violation

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): dismissed

I. Approximate date of disposition: 7/6/15

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Crum v. CTA 15 CV 2523

B. Approximate date of filing lawsuit: 3/23/15

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: Chicago Transit Authority, Donald Jaburdk

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NDIL

F. Name of judge to whom case was assigned: Hon. Sharon Johnson Coleman

G. Basic claim made: Civil right violation

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

I. Approximate date of disposition: 6/2/2015

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) I was incarcerated by Cook County, Illinois and housed at 26th Street and California from on or about June 28, 2014 through on or about May 19, 2015. I was housed in Division 2 from approximately 6/28/14 through 1/14/15. The conditions were horrific. The roof leaked; there was mold in the bathroom; rodents everywhere; vermin, including cockroaches, in the ventilation system and plumbing; extreme temperatures, both hot and cold, for both the air and water; the sanitary conditions of the showers, toilets, sinks, common areas, sleeping areas, and drinking water were deplorable. Shortly after I began residing there, in or around July, 2014, I developed a severe body rash, which originated at my feet after using the shower facilities. I complained to various corrections officers

4

Revised 9/2007

several times about my rash. Eventually I was given hydrocortisone cream from the dispensary. That did not cure my skin condition so I continued to complain.

(2) In or around September or October, 2014 I was finally allowed to meet with a doctor at Cermak Health Services. The physician [Defendant John Doe] refused to treat me and only told me to continue applying the cream. The rash remained until after I was transferred to Division 1, the medical dorm run by Cermak, on or around 1/15/15.

(3) For approximately one month - in or around August, 2014 - I was transferred to Division 4 for one month pending the renovation of Division 2. For the entire time I was housed in Division 4, I remained behind bars in a 2-man cell. I was never permitted to leave and did not leave. When I was returned to Division 2 in or around September, 2014,

5

Revised 9/2007

most of the deplorable conditions remained unchanged. The ventilation was still vile, with vermin living in it. The plumbing still smelled like sewage, the toilets were still not entirely operable, the drinking water still smelled bad. My mattress was horrifically unsanitary, though eventually I was given a new mattress in Division 2.

On or around January 14, 2015 I became severely ill due to food poisoning and taken to Cermak's hospital then transferred to Stroger Hospital. When I returned to the penitentiary on January 15, 2015 I was transferred to Cermak's dorm in Division 8.

(4) My Division 8 bed consisted of a concrete slab with a very thin pad. I suffer from severe back and shoulder disorders and informed Defendant Cook County and John Doe, but was denied a proper mattress.

I suffered damages because of the policies and or custom or practice of Defendant Dart and the deliberate indifference of Defendant Doe.

5.5

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

emotional distress damages, pain and suffering, punitive damages, attorneys fees and costs

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 26 day of July, 2016

_Jesse J. Crum_
(Signature of plaintiff or plaintiffs)

Jesse James Crum
(Print name)

(I.D. Number)
11040 S. Indiana Ave.
Chicago, IL 60628
773-468-2278
(Address)

6  Revised 9/2007